IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN E. ZIMMER,

    Plaintiff,

  v.

CENTRAL COLLECTION CORP.,

    Defendant.

Case No. 19-cv-842-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff John E. Zimmer against defendant Central Collection Corp. in the amount of $1001.00.

| s/ V. Olmo, Deputy Clerk | 10/29/19 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |